ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE Bowler

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10027-PBS |
| | ) | VIOLATIONS: |
| MATTHEW VICKERS | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession of a Controlled |
| | ) | Substance With Intent to |
| | ) | Distribute |

## INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine)

The Grand Jury charges that:

On or about May 14, 2001, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).


ORIGINAL

COUNT TWO:    (21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine Base)

The Grand Jury further charges that:

On or about October 19, 2003, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute more than five grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**   (Title 21, United States Code, Section 851 --
              Notice of Prior Conviction)

The United States Attorney charges that:

1. On or about January 7, 1999, **MATTHEW VICKERS** was convicted in the Dorchester District Court in Dorchester, Massachusetts for distribution of a Class B controlled substance (to wit: cocaine) in violation of Mass. Gen. L. c. 94C, §32E.

2. **MATTHEW VICKERS** has been named as a defendant in the within Indictment, which charges **MATTHEW VICKERS**, inter alia, with one count of possession with intent to distribute more than five grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

3. By way of this information, the government notifies **MATTHEW VICKERS** that he is charged with committing the said crime after having been previously convicted of the felony drug offense as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

**A TRUE BILL**

_/s/ Irene E. Burke_
FOREPERSON OF THE GRAND JURY


_/s/ Robert E. Richardson_
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS; Feb 4       , 2004

Returned into the District Court by Grand Jurors and filed.

_/s/ Jua B. Roland_
DEPUTY CLERK
3:07P.

4