AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

————————— DISTRICT OF MASSACHUSETTS —————————

UNITED STATES OF AMERICA

v.

MATTHEW VICKERS

## WARRANT FOR ARREST

CASE NUMBER: 04-10027-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Matthew Vickers
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession of controlled substances, to wit, cocaine and cocaine base, with intent to distribute

in violation of
Title _____ 21 _____ United States Code, Section(s) 841(a)(1)

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

2-5-04  Boston
Date and Location

Bail fixed at $ _____ by _____
                                                                      Name of Judicial Officer

| RETURN | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| | WARRANT EXECUTED BY | |
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/6/04 | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                          WEIGHT:

SEX:                                             RACE:

HAIR:                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: