**IN UNITED STATES** ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE: USA v.s. Matthew Vickers
FOR: Mass
AT: Boston

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): ▶ Matthew Vickers

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: ▶ 04-MJ-2785 / 03-10342-RCL
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   x Felony   ☐ Misdemeanor
21 U.S.C. 841, 18 U.S.C. 922(g)

---

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No  N/A
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parent's or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $ _____   SOURCES: _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / ☐ MARRIED / ☐ WIDOWED / ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: NO
Creditors / Total Debt / Monthly Paymt.: _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ Matthew Vickers
(OR PERSON REPRESENTED)