# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10027-PBS

UNITED STATES OF AMERICA

v.

MATTHEW VICKERS

## *FINAL STATUS REPORT*

April 1, 2004

**BOWLER, Ch.U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with possession with the intent to distribute cocaine, was returned on February 4, 2004;

    2. The defendant was arraigned on the Indictment on February 9, 2004;

    3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately 12 to 14 witnesses and that the trial would last approximately one week;

5. Defense counsel will file a motion to suppress by April 22, 2004;

6. As of the date of this Final Status Report, all parties agree to exclude the time from today until April 22, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

2