UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 04-10027-PBS |
| v. | ) |
| | ) |
| MATTHEW VICKERS | ) |

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on April 1, 2004 and April 22, 2004. As grounds therefor, the United States states that at the April 1 conference counsel for the defendant stated that such period of time is necessary to enable the defendant to prepare a suppression motion. Accordingly, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

Counsel for the defendant has assented to the exclusion of said period for purposes of the STA.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: /s/ Robert E. Richardson
      ROBERT E. RICHARDSON
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                          Boston, Massachusetts
                                        April 12, 2004

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by mail this date on Timothy Watkins, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, counsel for the defendant Matthew Vickers.

                                          /s/ Robert E. Richardson
                                          ROBERT E. RICHARDSON