UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL NO. 04-10027-PBS |
| v. | ) | |
| | ) | |
| **MATTHEW VICKERS** | ) | |

### SECOND ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between April 22, 2004 and May 25, 2004. As grounds therefor, the United States states that the defendant has required additional time to prepare and file his suppression motion in this matter and accordingly, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by providing additional time for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

Counsel for the defendant has assented to the exclusion of said period for purposes of the STA.

>                     Respectfully submitted,
>
>                     MICHAEL J. SULLIVAN
>                     United States Attorney
>
>             By:
>                     /s/Robert E. Richardson
>                     ROBERT E. RICHARDSON
>                     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                    Boston, Massachusetts
                                 May 25, 2004

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Timothy Watkins, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, counsel for the defendant Matthew Vickers.

>                     /s/ Robert E. Richardson
>                     ROBERT E. RICHARDSON