# EXHIBIT A

# Boston Police
## INCIDENT REPORT

☒ ORIGINAL ☐ SUPPLEMENTARY

| 01. KEY SITUATION: DRUGS | | 02. COMPLAINT NO. 010256432 | 03. REPORT DIST. B2 | CLEARANCE DIST. N/V |
|---|---|---|---|---|
| 04. TYPE OF INCIDENT: DRUGS, TRAFFICKING | 05. CRIME CODE | 06. STATUS | | 07. DATE/TIME OF OCCUR. A: 05/14/2001 07:23 PM |
| 08. LOCATION OF INCIDENT: 15 MAGNOLIA SQ, | APT. | 09. DISPATCH TIME: 07:23 PM | | 10. DATE/TIME OF OCCUR. B: 05/14/2001 07:23 PM |
| 11. VICTIM-COMP. (LAST, FIRST, MI): COMM OF MASS | | 12. PHONE: (617)-343-4444 | 13. SEX: N/A  14. RACE: N/A | 15. MARITAL STATUS: N/A |
| 16. ADDRESS: 364 WARREN ST., ROXBURR, MA 00000-0000 | APT. | OCCUPATION | 17. AGE: 0 | 18. D.O.B. |
| 19. PERSON REPORTING (IF DIFFERENT THAN ABOVE): BROWN, DARRYN L. | 20. ADDRESS: 364 WARREN ST., ROXBURY, MA 00000-0000 | APT. | 21. PHONE: (617)-343-4444 | |

22. WAS THERE A WITNESS TO THE CRIME — YES

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TEL | |
|---|---|---|---|---|---|---|---|
| BROWN, DARRYN L. | 0 | | | 364 WARREN ST., ROXBURY, MA 00000-0000 | | (617)-343-4444 | RES |
| BORDLEY, MARK | 0 | | | 364 WARREN ST., ROXBURY, MA 00000-0000 | | (617)-343-4444 | RES |
| MILLS, VANCE | 0 | | | 364 WARREN ST., ROXBURY, MA | | (617)-343-4444 | RES |

23. NUMBER OF PERPETRATORS: 1   CAN SUSPECT BE IDENTIFIED AT THIS TIME: YES

| 24. PERSON TYPE: ARRESTED | 25. NAME (LAST, FIRST, MI): VICKERS, MATTHEW | 26. S.S. NO.: 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 | 27. BOOKING NO.: 010145002 | 28. PHOTO NO. | 29. ALIAS |
|---|---|---|---|---|---|
| 30. WARRANT NO. | 31. ADDRESS: 91 CENTRE ST., DORCHESTER, MA 00000-00002 | 32. SEX: MALE | 33. RACE: BLACK NON-HISPANIC | 34. AGE: 22  35. HEIGHT: 5-10 | 36. D.O.B.: 07/31/1978 |
| 37. SPECIAL CHARACTERISTICS (INCLUDING CLOTHING): A SINGLE BRAID ON LEFT SIDE OF HEAD. BLACK BOOTS. BLU | | 38. WEIGHT: 180 | 39. BUILD: MEDIUM | 40. HAIR: BLACK | 41. EYES: BROWN |

42. CAN SUSPECT VEHICLE BE DESCRIBED — YES

| 43. VEHICLE TYPE: TOWED | 44. REG. STATE NO.: MA 3934TR | 45. PLATE TYPE: PAN | YEAR (EXP.): 2003 | 46. MODEL: CIVIC |
|---|---|---|---|---|
| 47. VEHICLE MAKE-YEAR: HONDA 1995 | 48. VEHICLE NO.: 2HGEJ1227SH564218 | 49. STYLE: COUPE | 50. COLOR (TOP-BOTTOM): BLUE / BLUE | |
| 51. OPERATOR'S NAME: VICKERS, MATTHEW | 52. LICENSE NO.: 025589764 | 53. OPERATOR'S ADDRESS: 91 CENTRE ST., DORCHESTER, MA 00000-0000 | | |
| 54. OWNER'S NAME: BROWN, GARY | 55. OWNER'S ADDRESS: 91 CENTRE ST., DORCHESTER, MA | | | |

56. CAN PROPERTY BE IDENTIFIED — YES

| STATUS | 57. TYPE OF PROPERTY | 58. SERIAL OR I-DENTI-GUARD NO. | 59. BRAND NAME-DESCRIPTION | 60. MODEL | 61. VALUE | 62. UCR |
|---|---|---|---|---|---|---|
| SEIZED | DRUG / | | CRACK COCAINE - 2 | | 0 | |
| SEIZED | PAGER | | MOBILECOMM - BLACK | PERSONAL | 0 | |
| SEIZED | CELL PHONE | | MOTOROLA - SILVER | 1500 | 0 | |

64. WAS THERE A SIGNIFICANT M.O. — YES

| 65. TYPE OF WEAPON-TOOL: DRUGS | 66. NEIGHBORHOOD: RESIDENCE/HOME | 67. TYPE OF BUILDING: N/A | 68. PLACE OF ENTRY: N/A |
|---|---|---|---|
| 69. WEATHER: PARTLY CLOUDY | 70. LIGHTING: NATURAL | 71. TRANSPORTATION OF SUSPECT: FOOT | 72. VICTIMS ACTIVITY: NA |
| 73. UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATORS: SEE NARATIVE | | | RELATIONSHIP TO VICTIM: N/A |

74. IS THERE ANY PHYSICAL EVIDENCE — YES

75. IS THERE ANY OTHER REASON FOR FURTHER INVESTIGATION — YES

76. NARRATIVE AND ADDITIONAL INFORMATION:
ON 5-14-01 ABOUT 7:23PM OFFICERS MILLS, BORDLEY, AND BROWN D. WHILE ASSIGNED TO THE TK09 UNIT OF THE YOUTH VIOLENCE STRIKE FORCE WERE ON MONADNOCK WITH THEIR LIGHTS AND SIREN ACTIVATED ATTEMPTING TO CATCH A MA REG. 4662RM IN ORDER TO CONDUCT A MOTOR VEHICLE STOP. OFFICERS OBSERVED THE MOTOR VEHICLE PASS MONADNOCK ST. ON DUDLEY ST. HEADED TOWARDS BLUE HILL AVE.. A MA. REG 3934TR A BLUE HONDA CIVIC WAS IN FRONT OF THE DEPT. CRUISER FAILING TO YIELD TO THE EMERGENCY VEHICLE ATTEMPTING TO PASS. AS THE VEHICLE APPROACHED THE INTERSECTION OF MONADNOCK ST. AND DUDLEY ST. OFFICER MILLS WHO WAS DRIVING THE DEPT. VEHICLE ATTEMPTED TO GO AROUND THE VEHICLE AND TAKE A LEFT TURN TO GO UP DUDLEY ST. THE DRIVER OF THIS VEHICLE PULLED IN FRONT OF OFFICER MILLS THUS CUTTING

SOLVABILITY FACTOR

continued on page 2

| 1. REPORT DIST. | 2. COMPLAINT NO. | BOSTON POLICE DEPARTMENT | PAGE | OF |
|---|---|---|---|---|
| B2 | 010256432 | CONTINUATION SHEET | 2 | 2 |
| 3. DATE / TIME OF OCCUR. A | | 4. TYPE OF INCIDENT | REMARKS: | |
| 05/14/2001 07:23 PM | | DRUGS, TRAFFICKING | | |

**76. NARRATIVE AND ADDITIONAL INFORMATION**

HIM OFF AND TURNED LEFT ONTO DUDLEY ST. THE DRIVER CONTINUED UP DUDLEY ST. STILL REFUSING TO PULL OUT OF THE WAY FOR THE DEPT. CRUISER WITH ITS LIGHTS AND SIREN ACTIVATED. OFFICERS DECIDED TO STOP THIS MOTOR VEHICLE TO ASCERTAIN WHY THE DRIVER WAS REFUSING TO PULL OUT OF THE WAY. THE SUSPECT MOTOR VEHICLE TURNED LEFT FROM DUDLEY ST. ONTO MAGNOLIA ST. HEADED TOWARDS QUINCY ST. STILL REFUSING TO STOP FOR OFFICERS. THE DRIVER OF THE MOTOR VEHICLE TOOK A RIGHT TURN ONTO MAGNOLIA SQ., A DEAD END STREET, FROM MAGNOLIA ST. THE DRIVER STOPPED THE VEHICLE IN THE MIDDLE OF THE STREET IN FRONT OF 15 MAGNOLIA SQ. EXITED THE MOTOR VEHICLE AND BEGAN TO FLEE. OFFICERS RECOGNIZED THE DRIVER AS MATTHEW VICKERS A PERSON KNOWN TO THEM. THE SUSPECT, VICKERS, DISCARDED A PLASTIC BAG CONTAINING A SUBSTANCE BELIEVED TO CRACK COCAINE. THE SUSPECT WAS APPREHENDED, AFTER A BRIEF FOOT CHASE, NEXT TO A FENCE ON THE SIDE OF 15 MAGNOLIA SQ.. OFFICERS RECOVERED THE OBJECT THE SUSPECT DISCARDED, A SANDWICH BAG WHICH CONTAINED TO LARGE PIECES OF AN OFF WHITE SUBSTANCE BELIEVED TO CRACK COCAINE. THE TK903 SGT. BARKER, THE TK02 BRESNAHAN, FREIRE, AND J. BROWN, THE TK07 RATTIGAN AND CONROY, THE B133F MCCARTHY AND MISKELL, AND OFFICER SEAN JOYCE RESPONDED AND ASSISTED AT THE SCENE. THE SUSPECT, MATTHEW VICKERS, WAS TRANSPORTED TO DISTRICT 2 BY THE B133F FOR BOOKING. THE CRACK COCAINE WEIGHED BY OFFICERS RATTIGAN AND CONROY HAD AN APROX: WEIGHT OF OVER 60 GRAMS. THE SUSPECT VICKERS WAS CHARGED WITH FAILING TO PULL TO THE RIGHT FOR AN EMERGENCY VEHICLE, REFUSAL TO SUBMIT, OPERATING AFTER SUSPENSION OF LICENSE, AND TRAFFICKING IN CLASS B, AND 2ND SUBSEQUENT OFFENSES. $80.00 US CURRENCY (4 X $20.00 BILLS), A MOTOROLA CELLULAR PHONE, AND A MOBILECOMM PERSONAL PAGER WERE SEIZED AS EVIDENCE FROM THE DEFENDANT. THE DRUGS WERE LOGGED INTO THE DISTRICT 2 DRUG BOOK # 80 PAGE 13237. THE MOTOR VEHICLE WAS TOWED BY ALWAY'S OPEN TOWING CLAIM #6754. THE SUSPECT WAS ISSUED MV CITATIONS (K0084607, K0084606). AFTER BEING BOOKED AND GIVEN HIS MIRANDA RIGHTS THE SUSPECT MADE A PHONE CALL. OFFICER MILLS WHO WAS PRESENT DURING THE BOOKING PROCESS AND WHILE THE SUSPECT WAS MAKING HIS PHONE CALL HEARD THE SUSPECT STATE TO THE INDIVIDUAL ON THE OTHER END THAT HE WAS LOCKED UP AND THAT HE WAS CAUGHT WITH A 62. 62 MEANING 62 GRAM OF CRACK COCAINE.

| 77. UNIT ASSIGNED | 78. TOUR | 79. REPORTING OFFICER | SIGNATURE | 80. REPORTING ID | 81. PARTNERS ID | ☐ F.I. |
|---|---|---|---|---|---|---|
| TK09 | 3 | DARRYN BROWN | | 11294 | 11061 | TELETYPE NO. |
| 82. DATE OF REPORT | 83. SPECIAL UNITS NOTIFIED (REPORTING) | | | | | |
| 05/15/2001 | N/A , TOW LOT | | | | | |
| 84. TIME COMPLETED | 85. SIGNATURE OF PATROL SUPERVISOR | 86. PAT. SUP. ID | 87. DUTY SUPERVISOR | SIGNATURE | | 88. DUTY SUP. ID |
| 12:30 AM | | 0 | DAVID FLAHERTY | | | 10533 |