# EXHIBIT D

# BOSTON POLICE
## INCIDENT REPORT

ORIGINAL ☒   SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO 030565409 | REPORT DIST. B2 | CLEARANCE DIST |
|---|---|---|---|---|
| TYPE OF INCIDENT DRUGS, TRAFFICKING | CRIME CODE 0 | STATUS | DATE OF OCCUR. A.10/19/03 | B. |
| LOCATION OF INCIDENT CRESTON ST . NORMANDY ST | APT. | DISPATCH TIME 03:11 AM | TIME OF OCCUR. A.03:00 AM | B. |
| VICTIM-COMP. (LAST, FIRST, MI) COMM OF MASS | PHONE (000)-000-0000 | SEX | RACE | MARITAL STATUS |
| ADDRESS | APT. | OCCUPATION | AGE 0 | D.O.B. |
| PERSON REPORTING PO JAMES A. COYNE | ADDRESS AREA B-2,,MA, | | APT. | PHONE |

WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE | |
|---|---|---|---|---|---|---|---|
| PO JAMES POWELL | 0 | ON-SCENE | | AREA B-2,,MA, | | | RES BUS |
| PO CARL BLANDO | 0 | ON-SCENE | | AREA B-2,,MA, | | | RES BUS |
| PO SCOTT ROBEY | 0 | ON-SCENE | | AREA C-11,,MA, | | | RES BUS |
| PO BRIAN GRIFFITHS | 0 | ON-SCENE | | AREA C-11,,MA, | | | RES BUS |

NUMBER OF PERPETRATORS : 1 --- CAN SUSPECT BE IDENTIFIED AT THIS TIME

| STATUS ARRESTED | NAME (LAST, FIRST, MI) VICKERS,MATTHEW | S.S. NO. | BOOKING NO. 20030372102 | PHOTO NO. | ALIAS ANTHONY JONES 073178 |
|---|---|---|---|---|---|
| WARRANT NO. SUCR011530 & 0210078 | ADDRESS 229 CENTER ST,DORCHESTER,MA,00000-0000 | SEX MALE | RACE BLACK NON-HISPANIC | AGE 25 | HEIGHT 5-10 / DOB 7/31/78 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) WHITE SNEAKERS,BLUE JEANS, WHITE TSHIRT, BLUE HOODED SWEATSHIRT ,GOATEE | WEIGHT 185 | BUILD MEDIUM | HAIR BLACK | EYES BROWN | |

CAN SUSPECT VEHICLE BE DESCRIBED

| STATUS TOWED | REG. STATE MA | REG. NO. 56MW13 | PLATE TYPE | YEAR(EXP) 2003 | MODEL ACCORD |
|---|---|---|---|---|---|
| VEHICLE MAKE YEAR HONDA | VEHICLE NO. | | STYLE SEDAN | COLOR(TOP-BOTTOM) RED - RED | |
| OPERATOR'S NAME SUSPECT-VICKERS | | LICENSE NO. | OPERATOR'S ADDRESS | | |
| OWNERS'S NAME VICKERS,ANICKA | | | OWNERS'S ADDRESS 229 CENTRE ST,DORCHESTER,MA, | | |

CAN PROPERTY BE IDENTIFIED

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| RECOVERED | DRUGS | | COCAINE - 20 PIECES -OFF WHITE SUBSTANCE | CRACK | | |
| RECOVERED | DRUGS | | COCAINE - 13 PIECES - OFF WHITE SUBSTANCE | CRACK | | |

IS THERE A SIGNIFICANT M.O.

| TYPE OF WEAPON-TOOL DRUGS | NEIGHBORHOOD RESIDENTIAL | TYPE OF BUILDING N/A | PLACE OF ENTRY N/A |
|---|---|---|---|
| WEATHER CLEAR | LIGHTING STREET LIGHTS | TRANSPORTATION OF SUSPECT CAR | VICTIM'S ACTIVITY N/A |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR SEE NARATIVE | | | RELATIONSHIP TO VICTIM N/A |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)

BLOCK NO. NARRATIVE AND ADDITIONAL INFORMATION

ABOUT 0300 HRS- SUNDAY 10/19/2003- PO COYNE B454A MARKED BPD UNIT #2007 AND PO BLANDO/ POWELL B105A BPD MARKED UNIT# 2005 WHILE RESPONDING TO AN ARMED ROBBERY CALL AT 76 LAWRENCE AVE (CC#030565381) WERE TRAVELING ON NORMANDY ST IN THE DIRECTION OF LAWRENCE AVE. AT THE INTERSECTION OF NORMANDY ST MA PLATE 56MW13 TURNED IN FRONT OF THE MARKED UNITS. PO COYNE, LEAD UNIT, ACTIVATED OVERHEAD BLUE LIGHTS AND TAKE DOWN LIGHTS TO INDICATE OPERATOR OF THIS M/V TO PULL TO THE RIGHT SO THE MARKED UNITS COULD CONTINUE ON TO THEIR ORIGINAL CALL. THERE WERE NUMEROUS SPOTS WHERE THIS M/V COULD HAVE PULLED TO THE RIGHT AND STOPPED. THE OCCUPANT CONTINUED DRIVING FAILING TO YIELD TO THE POLICE VEHICLES AND COULD BE SEEN LEANING FORWARD TO HIS LEFT SIDE. M/V TRAVELED ON NORMANDY PASSING DEVON ST, BRUINSWICK ST. AND INTERVALE ST. BEFORE TURNING ONTO CRESTON ST. AND ABRUPTLY STOPPING ON THE LEFT SIDE OF THE STREET. OFFICERS APPROACHED DRIVER AND BASED ON MOVEMENTS HAD THE OPERATOR STEP FROM THE M/V TO CONDUCT A PAT FRISK FOR WEAPON. SUSPECT STATED HIS NAME WAS ANTHONY JONES DOB 07/31/78 46 NORTON ST DORCHESTER. A RMV MDT QUERY RESULTED IN NEGATIVE RESULTS. THE HK01A PO ROBEY/GRIFFITHS HAD RESPONDED TO CRESTON/NORMANDY TO DISCUSS AN

UNRELATED MATTER WITH PO COYNE. BOTH OFFICERS IMMEDIATELY RECOGNIZED THE OPERATOR AND STATED HIS NAME WAS MATHEW VICKERS AND HAS A NORTON ST ADDRESS. A SECOND MDT RMV CHECK UNDER THIS NEW NAME RESULTED IN TWO (2) OUTSTANDING SUFFOLK SUPERIOR COURT DEFAULT WARRANTS DKT# SUCR0110530 DATED 09/08/2003 FOR UNLAW POSS F/A, TRAFFICKING CLASS B 28-99 GRAMS REFUSAL TO SUBMIT(BPD CC# 010722517) AND DKT# SUCR0210078 DATED 09/08/2003 UNLAWFUL POSS F/A(BPD C# 010722507) SUSPECT WAS ARRESTED FOR REFUSAL TO SUBMIT AND OUTSTANDING WARRANTS. SUSPECT WAS PLACED, HANDCUFFED IN THE BACK, IN THE REAR OF DEPT# 2005. PO POWELL WAS SITUATED OUTSIDE CRUISER AND OBSERVED SUSPECT LEANING FORWARD AND THEN RAISING HIS HEAD BACK. PO POWELL MADE ACUTE OBSERVATIONS OF A PLASTIC BAG PROTRUDING FROM SUSPECTS MOUTH. PO POWELL OPENED REAR DOOR AND OBSERVED SUSPECT CHEWING, IN HIS OPINION A SANDWICH SIZE BAG, WHICH CONTAINED A LARGE OFF WHITE SUBSTANCE. PO POWELL TOLD SUSPECT TO REMOVE THE ITEM THAT WAS IN HIS MOUTH AND AFTER REPEATED REQUEST IN WHICH SUSPECT TURNED AWAY FROM PO POWELL IN ATTEMPT TO HINDER HIM. PO POWELL THEN ASSISTED SUSPECT IN REMOVING THIS SANDWICH TYPE BAG WHICH CONTAINED THIRTEEN (13) INDIVIDUALLY WRAPPED [ 11 SMALL , 1 MEDIUM AND 1 LARGE ] OFF- WHITE PACKAGES CONSISTENT WITH THE SALES AND DISTRIBUTION OF

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|
| B454A | 1 | JAMES A. COYNE | 10952 | | NO |
| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | | TELETYPE |
| 10/19/03 | D.A. OFFICE TOW LOT | | | | |
| TIME COMPLETED | PATROL SUPERVISOR NAME | | PAT. SUP. ID | DUTY SUP. NAME | DUTY. SUP. ID |
| 05:40 AM | | | | COLM P LYDON | 8871 |

| REPORT DIST. | COMPLAINT NO. | BOSTON POLICE | PAGE | OF |
| B2 | 30565409 | CONTINUATION SHEET | 1 | 1 |

| DATE / TIME OF OCCURENCE A. | INCIDENT TYPE | REMARKS |
| 10/19/03 03:00 AM | DRUGS, TRAFFICKING | |

CRACK COCAINE. AN ADDITIONAL SANDWICH TYPE BAG CONTAINING TWENTY (20) INDIVIDUALLY WRAPPED OFF-WHITE PACKAGES WAS OBSERVED ON THE PLASTIC LIP IN THE REAR COMPARTMENT AREA NEXT TO THE LEFT REAR SIDE DOOR. --->NOTE: OFFICERS BLANDO/POWELL HAD EARLIER TRANSPORTED A MALE CC# 030565075 AND AFTER REMOVING THIS PARTY MADE A VISUAL AND PHYSICAL INSPECTION OF THE RE SEAT COMPARTMENT DEPT# 2005 AND CONFIRMED THAT VEHICLE WAS EMPTY OF ANY ITEMS. SUSPECT WAS TRANSPORTED TO AREA B-2 AND BOOKED IN ACCORDANCE WITH RULE 318D. NO ADDITIONAL CONTRABAND RECOVERED. AFTER BEING BOOKED SUSPECT WAS TALKING ON THE PHONE AT WHICH TIME SUSPECT-VICKERS WAS OVERHEARD STATING " IF I HAD MY SHIT IT WOULD HAVE BEEN A MESS UP THERE." WARRANTS LOGGED AGAINST SUSPECT. M/V WAS TOWED BY ALWAYS OPEN CLAIM # 10483 BPD FORM 2012 COMPLETED. AN RMV CHECK RESULTED IN LICE TO OPERATE SUSPENDED-CITATION ISSUED K1148114. DRUGS LOGGED IN BOOK 103 PAGE 20 AND SECURED. APPROXIMATE WEIGHT OF DRUGS RECOVERED 14-28 GRAMS INDICATING TRAFFICKING WEIGHT. LOCATION OF INCIDENT AS IT TRANSPIRED AND ENDED IS WITHIN 1000 FEET OF T NEW BOSTON PILOT MIDDLE SCHOOL LOCATED 270 COLUMBIA ROAD. SUSPECT AT ONE POINT DROVE RIGHT ALONG THE PROPERTY FENCE OF T NEW BOSTON PUBLIC SCHOOLYARD. MATTHEW MACHERA SUFFOLK COUNTY DA'S OFFICE NOTIFIED. END OF REPORT. **JAC**