**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR

BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

June 1, 2004

Ms. Christine Patch, Docket Clerk
Hon. Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

       Re: <u>United States v. Matthew Vickers</u>
           No. 04-10027-PBS

Dear Ms. Patch:

    I write in an effort to clarify the confusion concerning recent electronic filings in the above matter.

1. The docket correctly reflects that entry number 15 duplicates entry #13 and should be terminated. Docket entry #13 should have been more simply docketed as "Defendant's Assented-to Motion for Leave to File Motion to Suppress Late."

2. Additionally, the docket correctly reflects that docket entry #16, Affidavit of Matthew Vickers, duplicates entry #14 and should be terminated.

3. Docket entry #17 should have more accurately been docketed as "Defendant's Memorandum of Law in Support of Motion to Suppress." The Memorandum has a total of five attachments, Exhibits A-E. Only three of the Exhibits, A, B, & D were able to be attached electronically. Exhibits C & E were too large to be docketed electronically and, as the docket correctly notes, are available in paper copy in the clerk's office.

4. Finally, although implicitly incorporated within the Memorandum, the actual Motion to Suppress was inadvertently not filed along with the supporting documents. The Motion to Suppress was electronically filed today.

    On behalf of the staff at the Federal Defender Office I wish to thank you for your kind assistance and patience while we become more comfortable and fluent with the demands of the electronic case filing system. Please feel free to call with any questions you may have.

    Sincerely,

    Timothy G. Watkins

cc: AUSA Robert E. Richardson (by ECF notice)