```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**    )
                                )    CRIMINAL NO. 04-10027-PBS
    v.                              )
                                )
**MATTHEW VICKERS**             )

## ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO SUPPRESSION MOTION

The government respectfully moves that this Court enlarge the government's time to respond to the defendant's motion to suppress evidence from June 9, 2004 to and including June 18, 2004. As grounds therefor, the government states that the additional time is necessary in order to provide the Court with responsive papers that will provide the Court with meaningful assistance in resolving the motion.

The defendant, through his counsel, has expressed his assent to the allowance of this motion.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

             By:

                                              /s/ Robert E. Richardson
                                              ROBERT E. RICHARDSON
                                              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                                      Boston, Massachusetts
                                                   June 7, 2004

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Timothy Watkins, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, counsel for the defendant Matthew Vickers.


    /s/ Robert E. Richardson
    ROBERT E. RICHARDSON