UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10027-PBS

v.

MATTHEW VICKERS


### NOTICE OF EVIDENTIARY MOTION HEARING


SARIS, U.S.D.J.                                                              June 22, 2004


TAKE NOTICE that the above-entitled case has been set for an Evidentiary Motion Hearing re: Motion to Suppress on **July 23, 2004**, at **9:00 a.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.



By the Court,



  /s/ Robert C. Alba
Deputy Clerk



Copies to:  All Counsel