```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**       )
                                   )    CRIMINAL NO. 04-10027-PBS
        v.                         )
                                   )
**MATTHEW VICKERS**                )

### MOTION TO CONTINUE SUPPRESSION HEARING

The government respectfully moves that this Court continue the suppression hearing in this matter currently scheduled for July 23, 2004 to a date on or after August 9, 2004.  As grounds therefor, the United States states that it has learned that its witnesses, who are employed by the Boston Police Department, are being activated for duty with respect to the Democratic National Convention as of 12:00 a.m. on July 23, 2004.  The United States further states that from July 23, 2004 until after the Convention is over, said witnesses will be working steady 12-hour tours of duty commencing either at midnight or at noon.  The United States further states that the undersigned expects to be away on vacation for the entire week of July 26 and to be on vacation or otherwise away from the office for at least part of the week of

August 2.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

By:
                                  /s/ Robert E. Richardson
                                  ROBERT E. RICHARDSON
                                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                      Boston, Massachusetts
                                    July 19, 2004

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Timothy Watkins, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, counsel for the defendant Matthew Vickers.

                                  /s/ Robert E. Richardson
                                  ROBERT E. RICHARDSON