**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL NO. 04-10027-PBS** |
| **v.** | ) | |
| | ) | |
| **MATTHEW VICKERS** | ) | |

<u>**MOTION TO CONTINUE TRIAL**</u>

The government respectfully moves that this Court continue the trial of this matter from the tentative date of August 16, 2004 set at the suppression hearing on July 22, 2004 to a date to be set at the continuation of the suppression hearing on August 4, 2004. As grounds therefor, the government states that, while the undersigned has not been able to contact a number of the witnesses yet due to the obligations imposed on law enforcement by the pendency of the Democratic National Convention and the consequent unavailability of the witnesses, the undersigned has determined that, as the Court and the parties recognized might be the case, at least one of the government's necessary witnesses will be on a paid vacation during the week of August 16.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

<u>/s/ Robert E. Richardson</u>
ROBERT E. RICHARDSON
Assistant U.S. Attorney

<u>**CERTIFICATE OF SERVICE**</u>

Suffolk, ss.:                    Boston, Massachusetts
                                 July 23, 2004

    I, Robert E. Richardson, hereby certify that I caused a true
and correct copy of the foregoing to be served by electronic
filing this date on Timothy Watkins, Esq., Federal Defender
Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, counsel
for the defendant Matthew Vickers.


                              /s/ Robert E. Richardson
                              ROBERT E. RICHARDSON