# United States District Court

____USA____ DISTRICT OF ____Massachusetts____

EXHIBIT ~~~~~~ LIST

v.

____Matthew Vickers____

CASE NUMBER: 04CR10027

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Saris | Robert Richardson | Tim Watkins |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/22/04, 8/4/04 | Marie Cloonan | Christine Patch |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/22/04 | ✓ | | Street map of area of Boston in testimony (Grove Hall) |
| 2 | | 7/22/04 | | ✓ | Uniform Citation |
| 3 | | 7/22/04 | ✓ | | Street map of area in Boston (Magnolia Sq. area) |
| 4 | | 7/22/04 | | ✓ | Citations re: Mr. Vickers |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages