# United States District Court

USA _____ DISTRICT OF Massachusetts

v.

Matthew Vickers

**WITNESS LIST**

CASE NUMBER: 04cr10027

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Saris | Robert Richardson | Tim Watkins |
| TRIAL DATE(S) 7/22/04, 8-4-04 | COURT REPORTER Marie Cloonan | COURTROOM DEPUTY Christine Patch |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/22/04 | | | James Coyne (Officer) Boston P.D. |
| 2 | | 7/22/04 | | | Vance Millis - Boston P.O. Strike Force |
| 3 | | 7/22/04 | | | Darryn L. Brown - Boston P.D. Youth Violence Strike Force |
| 4 | | 8-4-04 | | | James Powell - Boston Police Officer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.