UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 1 0 0 2 7 PBS** |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | VIOLATIONS: |
| MATTHEW VICKERS | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession of a Controlled |
| | ) | Substance With Intent to |
| | ) | Distribute |

<u>**FIRST SUPERSEDING INDICTMENT**</u>

<u>COUNT ONE</u>:   (21 U.S.C. § 841(a)(1)- Possession with Intent
to Distribute Cocaine)

The Grand Jury charges that:

On or about May 14, 2001, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS**,

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1)- **Possession with Intent to Distribute Cocaine Base**)

The Grand Jury further charges that:

On or about October 19, 2003, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute more than five grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## **Supplemental Factual Allegations**

The Grand Jury further finds that:

1. The offense charged in Count One involved at least 50 grams but less than 100 grams of cocaine. Accordingly, U.S.S.G. §2D1.1(c)(12) applies to this case.

2. The offense charged in Count Two involved at least 5 grams but less than 20 grams of cocaine base. Accordingly, U.S.S.G. §2D1.1(c)(7) applies to this case.

**COUNT THREE**:   (Title 21, United States Code, Section 851 --
              Notice of Prior Conviction)

The United States Attorney charges that:

1. On or about January 7, 1999, **MATTHEW VICKERS** was convicted in the Dorchester District Court in Dorchester, Massachusetts for distribution of a Class B controlled substance (to wit: cocaine) in violation of Mass. Gen. L. c. 94C, §32E.

2. **MATTHEW VICKERS** has been named as a defendant in the within Indictment, which charges **MATTHEW VICKERS**, inter alia, with one count of possession with intent to distribute more than five grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

3. By way of this information, the government notifies **MATTHEW VICKERS** that he is charged with committing the said crime after having been previously convicted of the felony drug offense as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

**A TRUE BILL**

_Irene Burke_
FOREPERSON OF THE GRAND JURY


_Robert E. Richardson_
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS;   9-15, 2004

Returned into the District Court by Grand Jurors and filed.

_Thomas F. Quinn_
DEPUTY CLERK
12:10 pm.

5

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**            **Category No.** II            **Investigating Agency** ATF

**City**  Boston                  **Related Case Information:**

**County**  Suffolk               Superseding Ind./ Inf.  X            Case No.  04-10027-PBS
                                  Same Defendant _____   New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Matthew Vickers            **Juvenile**   ☐ Yes   ☒ No

**Alias Name** _____

**Address** _____

**Birth date:** **/**/78   **SS#:** ***-**-9764   **Sex:** M   **Race:** B   **Nationality:** U.S.

**Defense Counsel if known:**  Timothy Watkins            **Address:**  Federal Defender's Office

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Robert E. Richardson            **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes  ☒ No            **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested            ☐ Regular Process            ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  pretrial detainee  in  custody of U.S. Marshal  .
☐ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/15/04            **Signature of AUSA:** _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Matthew Vickers

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession Cocaine With Intent to Distribute | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession Cocaine Base With Intent to Distribute | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45-indict-firstsupersede.wpd - 3/13/02