# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

      v.                                                CR. NO. 04-10027-PBS

MATTHEW VICKERS

## *NOTICE*

September 15, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 3:00 p.m., Wednesday, September 22, 2004,**

in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                   /s/
                                                 **MARIANNE B. BOWLER**
                                                 Chief United States Magistrate Judge

To:  ALL COUNSEL OF RECORD

\* **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**