UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>             )<br>      v.      )<br>             )   Criminal No. 04-10027-PBS<br>MATTHEW VICKERS      ) | |

### INFORMATION REGARDING PRIOR FELONY DRUG CONVICTION

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
              Notice of Prior Conviction)

The United States Attorney charges that:

   1.  On or about January 7, 1999, **MATTHEW VICKERS** was convicted in the Boston Municipal Court in Boston, Massachusetts, for distribution of a class B controlled substance (to wit, cocaine), in violation of Mass. Gen. L. c. 94C, §32E.

   2.  **MATTHEW VICKERS** has been named as a defendant in the within Superseding Information, which charges **MATTHEW VICKERS,** inter alia, with one count of possession with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and one count of possession with intent to distribute more than five grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

   3.  By way of this information, the government notifies **MATTHEW VICKERS** that he is charged with committing the said crimes after having been previously convicted of the felony drug offense as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.:                    Boston, Massachusetts
                                 December 21, 2004

This is to certify that I have this day caused a true copy of the foregoing document to be served by electronic filing on Timothy Watkins, Esq., counsel of record for the defendant.

/s/Robert E. Richardson
ROBERT E. RICHARDSON
ASSISTANT UNITED STATES ATTORNEY