UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10027-PBS |
| | ) | |
| MATTHEW VICKERS | ) | |

FILED
In Open Court
USDC, Mass.
Date 12/21/04
By
Deputy Clerk

## WAIVER OF INDICTMENT

Defendant Matthew Vickers, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
MATTHEW VICKERS

_____
Timothy Watkins, Esq.
Attorney for Defendant

Date: December 21, 2004

12/21/04