UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10027-PBS |
| | ) | VIOLATIONS: |
| MATTHEW VICKERS | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession of a Controlled |
| | ) | Substance With Intent to |
| | ) | Distribute |
| | ) | 18 U.S.C. § 922(g)(1) - |
| | ) | Felon in Possession of a |
| | ) | Firearm and Ammunition |
| | ) | 18 U.S.C. § 922(k) - |
| | ) | Possession of a Firearm With |
| | ) | an Obliterated Serial Number |

## SUPERSEDING INFORMATION

<u>COUNT ONE</u>:   (21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine)

The United States Attorney charges that:

On or about May 14, 2001, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine Base)

The United States Attorney further charges that:

On or about October 19, 2003, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute more than five grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**:   (18 U.S.C. § 922(g)(1) -- Felon in Possession of
                    a Firearm and Ammunition)

The United States Attorney further charges that:

On or about December 29, 2001, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS**,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Bryco Jennings brand, 9mm semi-automatic pistol, with an obliterated serial number, and various rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FOUR:**     (18 U.S.C. § 922(k) -- Possession of a
              Firearm with Obliterates Serial Number)

The United States Attorney further charges that:

On or about December 29, 2001, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS,**

defendant herein, did knowingly possess in and affecting commerce a firearm which had had the importer's and manufacturer's serial number obliterated, to wit:  a Bryco Jennings brand, 9mm semi-automatic pistol.

All in violation of Title 18, United States Code, Section 922(k).

**Supplemental Factual Allegations**

The United States Attorney further allegess that:

1. The offense charged in Count One involved at least 50 grams but less than 100 grams of cocaine. Accordingly, U.S.S.G. §2D1.1(c)(12) applies to this case.

2. The offense charged in Count Two involved at least 5 grams but less than 20 grams of cocaine base. Accordingly, U.S.S.G. §2D1.1(c)(7) applies to this case.

3. The firearm involved in the offenses charged in Count Three and Count Four had an obliterated serial number. Accordingly, U.S.S.G. §2K2.1(b)(4) applies to this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**           **Category No.** II           **Investigating Agency** ATF

**City** Boston                 **Related Case Information:**

**County** Suffolk              Superseding Ind./ Inf.  X           **Case No.** 04-10027-PBS
                                Same Defendant _____  New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Matthew Vickers            **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date:** \*\*/\*\*/78   **SS#:** \*\*\*-\*\*-9764   **Sex:** M   **Race:** B   **Nationality:** U.S.

**Defense Counsel if known:** Timothy Watkins   **Address:** Federal Defender's Office

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Robert E. Richardson          **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  pretrial detainee  in  custody of U.S. Marshal
☐ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/5/05       **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Matthew Vickers

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession Cocaine With Intent to Distribute | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession Cocaine Base With Intent to Distribute | 2 |
| Set 3 | 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm and Ammunition | 3 |
| Set 4 | 18 U.S.C. §922(k) | Possession of Firearm With Obliterated Serial No. | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45-indict-firstsupersede.wpd - 3/13/02