AO 245B  (Rev. 08/04) Criminal Judgment
    Supplemental Statement of Reasons

DEFENDANT:     Matthew Vickers
CASE NUMBER:   1:  04  CR  10027   - 001 -  PBS
DISTRICT:

# SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☐   The court applied the Guidelines and all relevant enhancements in this case.

☐   The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐   The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☐   The court took some other action (Please explain below.):

N/A.  I imposed the statutory minimum by agreement.

/s/ PBS
12/22/04

☐   This judgment includes an alternative sentence.